

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00648-CR

**In re** Lawrence L. **Cloud**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

On September 12, 2018, relator filed a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 26, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CR7275 2018CR8315, styled *The State of Texas v. Lawrence L. Cloud*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.